**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00018-CR

**THOMAS EDWARD GRACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80198-2009**

## ORDER

The Court **REINSTATES** the appeal.

On October 3, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by appointed counsel; and (3) counsel's explanation for the delay in filing appellant's brief is his workload. Because counsel did not tender appellant's brief by December 2, 2013, we **DO NOT ADOPT** the finding that the brief will be filed by that date.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. If the brief is not filed within the time specified, the Court will order that William Shultz be

removed as appellant's appointed attorney and order the trial court appoint new counsel to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court, William Schultz, and the Collin County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE